**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:

**Andres Lazaro Orta and
Gloria Esperanza Orta**

  **Debtors**

           **CASE NO. 10-35641-AJC
           CHAPTER 13**

_____/

<u>**MOTION TO DISMISS**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

   Comes now, JPMORGAN CHASE BANK, N.A., its successors and/or assigns, seeking dismissal of this case in order to exercise any and all rights Movant may have in the collateral described below and for cause would show the Court as follows:

   1.  On August 27, 2010, Andres Lazaro Orta and Gloria Esperanza Orta ("Debtors") filed for relief under Chapter 13 of the Bankruptcy Code.

   2.  Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. 1334, 11 U.S.C. 362 and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

   3..  Movant is entitled to enforce the Note and Mortgage on the following described property located in MIAMI-DADE County:

   **BUILDING # C, UNIT #. 1, A.K.A 710 S.W 114TH AVENUE UNIT C1, SWEETWATER, FLORIDA 33174, UNIVERSITY VILLAS CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED JANUARY 15, 1999, UNDER CLERK'S FILE NO.99R029663, IN OFFICIAL**

FILE_NUMBER: B10069307

Serial: 16690593
DOC_ID: M009610



**RECORD BOOK 18439, AT PAGE 1940, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY FLORIDA, TOGETHER WITH ALL APPURTENANCE THERETO, AND AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF THE SAID CONDOMINIUM.**

**710 SW 114th Avenue, Unit No. C1, Sweetwater, FL 33174**

4.      On September 9, 2009, the Debtors filed a Motion to Value and Determine Secured Status of Lien on Real Property (D.E. 16).  On October 5, 2010, Debtors filed an Amended Motion to Value and Determine Secured Status of Lien on Real Property (D.E. 26) which proposes to value the subject property at $69,000.00.

5.      Claimant objects to the valuation of the collateral as the Debtors have unsecured debt in excess of the jurisdictional limits and therefore are not eligible to be Chapter 13 Debtors.

6.      In addition, the Claimant believes that the Debtor has failed to make necessary disclosures required to proceed in good faith.

7.      The Mortgage duly executed on July 26, 2006 by the Debtors provides a basis for recovering all fees and costs associated with protection of the mortgaged property and the Claimant has outlaid payment for taxes and insurance pre-petition to preserve the collateral since the Debtors' default in 2009 and objects to the proposed valuation which fails to address the pre-petition and post-petition payment of escrow.

**WHEREFORE,** Movant, JPMORGAN CHASE BANK, N.A., respectfully requests this Honorable Court to enter an Order Dismissing the Chapter 13 Case, with prejudice, and for such other relief as the Court deems proper.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3374
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/   Stacy Bressler
Stacy Bressler
Florida Bar No. 71234
ATTORNEY FOR JPMORGAN CHASE
BANK, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion to Dismiss have been furnished by regular U.S. Mail to all parties listed on the attached mailing matrix or by Electronic mail this 25th day of January, 2011.

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3374
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/   Stacy Bressler
Stacy Bressler
Florida Bar No. 71234
ATTORNEY FOR JPMORGAN CHASE
BANK, N.A.

Label Matrix for local noticing
113C-1
Case 10-35641-AJC
Southern District of Florida
Miami
Tue Jan 25 12:29:06 EST 2011

Aurora Loan Services, LLC
The Law Offices of David J. Stern, P.A.
c/o William E. Grantmyre, Jr.
900 South Pine Island Rd #400
Plantation, FL 33324-3920

BAC Home Loan Servicing LP
7105 Corporate Dr
Plano, TX 75024-4100

Chase Home Finance, LLC.
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

JPMorgan Chase Bank, N.A.
P.O. Box 25018
Tampa, FL 33622-5018

ACN World Headquarters
1000 Progress Place
Concord, NC 28025-2449

Afni, INC
404 Brock Drive POB 3427
Bloomington, IL 61702-3427

Ally Financial f/k/a GMAC
PO Box 130424
Roseville, MN 55113-0004

American Coradius International LLC
2420 SWeet Home Rd Ste 150
Amherst, NY 14228-2244

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Aurora Loan Services I
10350 Park Meadows Dr St
Littleton, CO 80124-6800

Aurora Loan Services, LLC
Attn: Cashiering
P.O Box 173930
Littleton, CO 80217-3930

BAC HOME LOAN SERVICING,LP
400 NATIONAL WAY,MAIL STOP CA6-919-01-23
SIMI VALLEY,CALIFORNIA 93065-6414

BCC Financial Management Services,INC
POB 490537
Fort Lauderdale, FL 33349-0537

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065-6285

Bank Of America
201 N Tryon St
Charlotte, NC 28202-2146

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Bank Of America
Po Box 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012

Bankunited Fc
7815 Nw 148th St
Miami Lakes, FL 33016-1554

Bk Of Amer
Po Box 15026
Wilmington, DE 19850-5026

Blaxberg, Grayson, Kukoff & Strauss PA
25 SE Second ave Ste 730
Miami, FL 33131-1696

Bryan & Lunsford P.A
421 W. Church Street Ste 111
Jacksonville, FL 32202-4139

CITIBANK NA
POB 790002
Saint Louis, MO 63179-0002

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

CVCS Viking Collection Service INC
7500 Office Ridge Circle
Eden Prairie, MN 55344-3782

Cap One
Po Box 85520
Richmond, VA 23285-5520

Central Credit Services
POB 15118
Jacksonville, FL 32239-5118

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citci
Po Box 6241
Sioux Falls, SD 57117-6241

Credit Bureau Of S F
8125 N.W. 53rd Street  Suite 100
Miami, FL 33166-4628

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Danny J Shipp Clerk Of Court
POB 610
Tax Deeds
Bronson, FL 32621-0610

Danny J Shipp Clerk of Court
POB 610
Bronson, FL 32621-0610

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Doctors Business Bur
202 N Federal Hwy
Lake Worth, FL 33460-3438

ER Stat INC
POB 5406
Cincinnati, OH 45273-0001

Eastern Financial Fl C
Po Box 825871
South Florida, FL 33082-5871

Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Equable Ascent Financi
1120 W Lake Cook Rd Ste
Buffalo Grove, IL 60089-1970

Equifax
POB 740256
Atlanta, GA 30374-0256

Experian
POB 9556
Allen, TX 75013-9556

G M A C
Po Box 105677
Atlanta, GA 30348-5677

Gables Diagnostic Imaging Associate
495 Biltmore Way, 1st Flr
Coral Gables, FL 33134-5756

Gemb/Best Brand Plus
Po Box 981439
El Paso, TX 79998-1439

Great Eastern Bank Florida
4601 NW 72nd Ave
Miami, FL 33166-5614

HRRG (Health Care Revenue Recovery Group
POB 189053
Plantation, FL 33318-9053

Hilco Receivables, LLC
One Northbrook Pl 5th Revere Dr Ste 510
Northbrook, IL 60062

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
POB 21125
Philadelphia, PA 19114-0325

JPMorgan Chase Bank, NA
Dept oh4-7142
3415 Vision Drive
Columbus, OH 43219-6009

Kendall Credit And Business Services INC
POB 404665
Atlanta, GA 30384-4665

LVNV Funding LLC its successors and assigns
assignee of CHASE BANK USA, NA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Offices Of David J. Stern, P.A
900 South Pine Island Road, Ste 400
Plantation, FL 33324-3920

Law Offices of David J Stern
900 South Pine Island Rd Ste 400
Plantation, FL 33324-3920

Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067-1704

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Mercedes-Benz Financia
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Miami Dade Clerk Of Courts
73 West flager Street Ste 242
Miami, FL 33130-1704

NCO FINANCIAL SYSTEMS IN
507 Prudential Rd
Horsham, PA 19044-2368

National Action Financial Services,inc
PO BOX 9027
Williamsville, NY 14231-9027

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

Nco Fin/99
Po Box 15636
Wilmington, DE 19850-5636

Office Depot/Csbd
Po Box 6497
Sioux Falls, SD 57117-6497

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Plantation Billing Center
POB 189016
PLANTATION, FL 33318-9016

Real Time Resolutions
1750 Regal Row
Dallas, TX 75235-2289

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

SRA Associates INC
401 Minnetonka Rd
Hi Nella, NJ 08083-2914

Sentry Credit Inc
2809 Grand Ave
Everett, WA 98201-3417

Space 01 Condominium Association INC
POB 402336
Miami Beach, FL 33140-0336

Suntrust Bk Miami Na
Po Box 524203
Miami, FL 33152-4203

T-Mobile
POB 790047
Saint Louis, MO 63179-0047

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

The Home Depot
POB 653000
Dallas, TX 75265-3000

Transunion
POB 2000
Chester, PA 19016-2000

Transworld Systems INC Collection Agency
3450 Lakeside Drive #304
Miramar, FL 33027-3268

Wells Fargo Bank
1250 Montego Way
Walnut Creek, CA 94598-2875

Wf/Wb R1
Po Box 3117
Winston Salem, NC 27102-3117

Wfnnb/Express Structur
Po Box 330064
Northglenn, CO 80233-8064

eCAST Settlement Corporation assignee of Cit
(South Dakota) NA
POB 29262
New York NY 10087-9262

Andres Lazaro Orta
710 SW 114th Ave C-6
Miami, FL 33174-1094

Gloria Esperanza Orta
710 SW 114th Ave C-6
Miami, FL 33174-1094



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Dept. of Treasury<br>Ogden, UT 84201-0039 | (d)Internal Revenue Service<br>SPecial Procedures Insolvency<br>Stop 5730<br>7850 SW 6 Ct Rm 165<br>Fort Lauderdale, FL 33324 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients      90
Bypassed recipients       1
Total                    91