UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 10-35641-AJC
                                                                          Chapter 13

Andres Lazaro Orta and
Gloria Esperanza Orta,

Debtors.
_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR NOTICE**

This objection seeks either to disallow the notice filed by you or on your behalf. Please read this objection carefully to identify what is objected to and what disposition of your claim is recommended.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 12-1 | Levy County Tax Collector | $1,445.13 | Debtors recommend claim be stricken and disallowed, as the property is being surrendered. |

The undersigned acknowledges that these objections will be served on the creditor and the debtors and that a certificate of service conforming to Local Rule 2002-1(F) must be filled with the court when the objection is served.

Dated: 7/22/2011

/s/ Andres Montejo
Andres Montejo, Esq.
Law Offices of Andres Montejo
Fla. Bar #659428
Attorney for Debtor
6157 NW 167th St., Ste. F-21
Miami, Florida 33015
(305) 817-3677 (O)
(305) 675-0666 (F)