UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:                          CASE NO.: 10-35641-BKC-AJC

ANDRES LAZARO ORTA

GLORIA ESPERANZA ORTA

      Debtor(s)
_____/

**OBJECTION  TO CLAIM  ON NEGATIVE NOTICE**
**NOTICE OF TRUSTEE'S OBJECTION TO CLAIM**
**IMPORTANT NOTICE TO CREDITORS**

    The Trustee appointed to administer and liquidate the assets of this bankruptcy estate has filed an Objection to Claim in accordance with Bankruptcy Rules 3001 and 3007, a copy of the objection is attached. The Trustee has objected to certain of the claims filed in this bankruptcy proceeding **INCLUDING YOUR CLAIM.** The Trustee seeks either to disallow your claim in part or in its entirety,  to disallow your claim as a secured claim, or to change the priority of the claim so your claim will receive a  lower  priority  than the status you asserted in your proof of claim.

    **YOU ARE DIRECTED TO CAREFULLY REVIEW THE OBJECTION TO CLAIM STATED BELOW TO DETERMINE THE TRUSTEE'S RECOMMENDATION AS TO THE DISPOSITION OF YOUR PARTICULAR CLAIM.** If you disagree with the Trustee's Objection to Claim, you must file a written response explaining why your claim should be allowed as presently filed, with the Clerk of the United States Bankruptcy Court,
51 SW First Avenue, 15th Floor    , Miami, Florida 33130,  within thirty (30) days from the date of this notice.  A copy of your objection **MUST BE MAILED** to the Trustee, Nancy N. Herkert, Esquire, P.O. Box 279806, Miramar, Florida 33027.    **YOU MUST INSERT THE CASE NAME AND NUMBER ON ANY WRITTEN RESPONSE.**

    If you fail to respond to this notice, the Trustee's objection(s) may be sustained without further notice and hearing, and your claim may  be  disallowed  or  allowed as modified  in accordance with the Trustee's recommendation relating to your claim.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case:

| Claim No: | Name of Claimant | Amount of Claim | Recommended Dispostion |
|-----------|------------------|-----------------|------------------------|
| 0002 | ALLY FINANCIAL | 5,738.58 | **Claim was untimely filed (after the Claims Bar Date) and therefore should be stricken and disallowed.** |
| | (Trustee's Claim # 0077) | | |

     I HEREBY CERTIFY that a true and correct copy of the fore-going was mailed via postage pre-paid United States mail to the following parties on Thu April 5, 2012        .

/s
_____
NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
(954) 443-4402


DEBTOR'S ATTORNEY:
ANDRES MONTEJO, ESQUIRE
6157 NW 167 STREET
SUITE F-21
MIAMI, FL33015


DEBTORS:
GLORIA ESPERANZA ORTA
ANDRES LAZARO ORTA
710 SW 114 AVE
C-6
MIAMI, FL 33174


CLAIMANT:
ALLY FINANCIAL
POB 78367
PHOENIX, AZ 85062