UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:                                    CASE NO.: 10-35641-BKC-AJC

ANDRES LAZARO ORTA

GLORIA ESPERANZA ORTA

    Debtor(s)
_____/

**OBJECTION  TO CLAIM  ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO CLAIM
IMPORTANT NOTICE TO CREDITORS**

    The Trustee appointed to administer and liquidate the assets of this bankruptcy estate has filed an Objection to Claim in accordance with Bankruptcy Rules 3001 and 3007, a copy of the objection is attached. The Trustee has objected to certain of the claims filed in this bankruptcy proceeding **INCLUDING YOUR CLAIM.** The Trustee seeks either to disallow your claim in part or in its entirety, to disallow your claim as a secured claim, or to change the priority of the claim so your claim will receive a lower priority than the status you asserted in your proof of claim.
    **YOU ARE DIRECTED TO CAREFULLY REVIEW THE OBJECTION TO CLAIM STATED BELOW TO DETERMINE THE TRUSTEE'S RECOMMENDATION AS TO THE DISPOSITION OF YOUR PARTICULAR CLAIM.** If you disagree with the Trustee's Objection to Claim, you must file a written response explaining why your claim should be allowed as presently filed, with the Clerk of the United States Bankruptcy Court,
51 SW First Avenue, 15th Floor   , Miami, Florida 33130, within thirty (30) days from the date of this notice. A copy of your objection **MUST BE MAILED** to the Trustee, Nancy N. Herkert, Esquire, P.O. Box 279806, Miramar, Florida 33027.    **YOU MUST INSERT THE CASE NAME AND NUMBER ON ANY WRITTEN RESPONSE.**
    If you fail to respond to this notice, the Trustee's objection(s) may be sustained without further notice and hearing, and your claim may be disallowed or allowed as modified in accordance with the Trustee's recommendation relating to your claim.
    PLEASE GOVERN YOURSELF ACCORDINGLY.

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the

following claims(s) filed in this case:

```
Claim                             Amount
No:    Name of Claimant           of Claim    Recommended Disposition
-----  -------------------------  ----------  -------------------------
0013   MERCEDES BENZ CREDIT C     11,136.96   Claim was untimely filed
                                              (after the Claims Bar Date)
                                              and therefore should be
(Trustee's Claim # 0076)                      stricken and disallowed.
```

     I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via postage pre-paid United States mail to the following parties on Fri May 11, 2012         .

 

                                                  /s
                                           _____
                                           NANCY N. HERKERT, ESQUIRE
                                           STANDING CHAPTER 13 TRUSTEE
                                           P.O. BOX 279806
                                           MIRAMAR, FL 33027-9806
                                           (954) 443-4402

DEBTOR'S ATTORNEY:
ANDRES MONTEJO, ESQUIRE
6157 NW 167 STREET
SUITE F-21
MIAMI, FL33015

DEBTORS:
GLORIA ESPERANZA ORTA
ANDRES LAZARO ORTA
710 SW 114 AVE
C-6
MIAMI, FL 33174

CLAIMANT:
MERCEDES BENZ CREDIT CORP.
%SHERMETA & ADAMS, PC
POB 80908
ROCHESTER HILLS, MI 48308-8090